Matter of Mogavero
2026 NY Slip Op 04122
June 26, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

MATTER OF ALBERT JOSEPH MOGAVERO, AN ATTORNEY, RESIGNOR.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 26, 2026
—
Present: Curran, J.P., Bannister, Montour, Greenwood, And Hannah, JJ. (Filed June 17, 2026.)
[*1]
MEMORANDUM AND ORDER
Application to resign for non-disciplinary reasons accepted and name removed from roll of attorneys.